### EX PARTE WILL MITCHELL.

No. 4661. Decided October 10, 1917.

**Habeas Corpus—Bail Granted.** ,

Where, upon appeal from a denial of bail, it is the opinion of this court that appellant is entitled to bail, the same is granted.

Appeal from an order denying bail in vacation by the Hon. J. H. Milam, District Judge of Knox County.

The opinion states the case. .

*Arrington & Bell,* for relator.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—This is an appeal from the denial of bail by the district judge, on a habeas corpus trial.

We have read and considered the statement of facts. Our conclusion is that the district judge erred in refusing bail. We think, under the law and the facts, appellant was clearly entitled to bail. The judgment denying bail will, therefore, be reversed, and upon his executing in accordance with the law the proper bail bond in the sum of $7500 he will be discharged.

Reversed and appellant admitted to bail.

*Bail granted.*